UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Shelly Adams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13216-DRH |
| *Agatha Bowling v. Bayer Corporation, et al.* | No. 10-cv-10056-DRH |
| *Lisa Pabey v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11789-DRH |
| *Michele Johns v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11949-DRH |
| *Barbara Turner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10525-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 16, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

**Dated:**  April 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.04.17
14:02:56 -05'00'

**APPROVED:**
     **CHIEF JUDGE**
     **U. S. DISTRICT COURT**